**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 9 MM 2024

        Respondent               :

            v.                  :

BARRY ROSS,                   :

        Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, the "Application for Extraordinary Relief" and the "Motion for Summary Judgment" are DENIED.